UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Samuel H. Martin
v.
Marvin T. Runyon

CASE NUMBER: 97-1244 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 11.10.99   Docket # 30<br>[x] Plffs  [x] Defts  [ ] Other<br>Title: Stipulation for compromise settlement | Granted and approved. Judgment will be entered incorporating in full the terms of the parties' Stipulation for Compromise Settlement. The Court will retain jurisdiction over its terms, see *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380-82 (1994), until such time as the parties have complied with their obligations under the stipulation. Once Defendant has paid Plaintiff the amount stipulated in the settlement, Plaintiff shall file an informative motion with the Court. |

Date 11/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

