UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Samuel H. Martin
v.
Marvin T. Runyon

CASE NUMBER: 97-1244 (HL)

## JUDGMENT

The Court having approved the parties' stipulation for compromise settlement, judgment is hereby entered incorporating in full the terms of the stipulation. The Court shall retain jurisdiction over the terms of the stipulation until such time as the parties have complied with their obligations under it.

DATE 11-19-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

